AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00295 |
| CHRISTOPHER RODRIGUEZ | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 11/4/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER RODRIGUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 970(a) - Damaging Property Occupied by Foreign Government
18 U.S.C. § 844(h) - Explosive Materials—Commission of a Federal Felony
18 U.S.C. § 844(i) - Explosive Materials—Malicious Use
26 U.S.C. §§ 5841, 5861(d), and 5871 - Receipt or Possession of Unregistered Firearm

Date: 11/04/2023

*Issuing officer's signature*
2023.11.04 20:39:43 -04'00'

City and state: Washington, DC      Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/4/2023, and the person was arrested on *(date)* 11/04/2023
at *(city and state)* Lafayette, LA.

Date: 11/4/2023

*Arresting officer's signature*

Bradley Boos, Special Agent - ATF
*Printed name and title*